1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7       AMBRIZ,                                             Case No. 23-cv-04639-TLT

8                           Plaintiff,

                                                            **ORDER OF DISMISSAL**
9                     v.

10      UNKNOWN,

11                          Defendant.

12

13          Plaintiff, a state prisoner at Mule Creek State Prison proceeding *pro se*, filed several letters

14      with the Court on September 11, 2023, which the Court construed as an attempt to file a civil

15      rights action.  ECF 1, 2, 3.  That same day, the Clerk of the Court informed plaintiff that this

16      action was deficient because he had not submitted a complaint on the proper form, nor submitted

17      an application to proceed *in forma pauperis* or paid the filing fee.  ECF 4, 5.  The Court informed

18      plaintiff that he needed to correct the deficiencies within twenty-eight days from the date of the

19      notices to avoid dismissal of this action.  *Id.*  The deadline has passed, and plaintiff has not

20      submitted a complaint on the proper form, nor submitted his application to proceed *in forma*

21      *pauperis* or paid the filing fee.  In addition, plaintiff's mail has been returned as undeliverable by

22      the prison and marked "refused."  ECF 7, 10.

23

24          //

25

26          //

27

28          //

United States District Court
Northern District of California

1    The Court therefore DISMISSES this action without prejudice.  The Clerk shall terminate

2  any pending motions, enter judgment for defendant, and close the file.

3    **IT IS SO ORDERED.**

4  Dated: November 3, 20232

5

6

7  TRINA L. THOMPSON
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2